CECE *v.* STEWART, tax-collector.

PER CURIAM. This case came before this court upon a writ of error from the superior court of Fulton county; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish and Justices Lumpkin and Hill being in favor of an affirmance, and Presiding Justice Evans and Justices Beck and Atkinson being in favor of a reversal), the judgment of the court below stands affirmed by operation of law.

DECEMBER 11, 1912.

Petition for injunction. Before Judge Bell. Fulton superior court. , March 13, 1912.

*Nathan Coplan,* for plaintiff. *T. S. Felder, attorney-general,* and *J. D. Kilpatrick,* for defendant.

---

MOODY *v.* GEORGIA RAILWAY & POWER COMPANY *et al.*

BECK, J. It appearing from the petition in this case and the bill of exceptions filed by the plaintiff in error to the refusal of an interlocutory injunction that a judgment refusing injunctive relief alone is complained of, and it further appearing that no supersedeas was granted upon the refusal of injunction in the court below, and that the acts against which an injunction was sought have been performed and completed, which facts have been made duly to appear to this court, the writ of error will be dismissed. *Henderson* v. *Hoppe,* 103 *Ga.* 686 (30 S. E. 653) ; *Bond* v. *Long,* 133 *Ga.* 639 (66 S. E. 778) ; *Southern Cement Stone Co.* v. *Logan Coal & Supply Co.,* 136 *Ga.* 473 (71 S. E. 915).

*Writ of error dismissed. All the Justices concur.*

DECEMBER 11, 1912.

Petition for injunction. Before Judge Jones. Habersham superior court. May 17, 1912.

*T. L. Bynum* and *J. C. Edwards,* for plaintiff.

*H. H. Dean* and *McMillan & Erwin,* for defendant.